May 22, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

BARBARA GLAPION, Appellant

NO. 14-13-00705-CV                                V.

AH4R I TX LLC, A DELAWARE LIMITED LIABILITY COMPANY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, AH4R I TX LLC, a Delaware Limited Liability Company, signed July 22, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Barbara Glapion, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.